UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-80134-AMC

**VICTOR ARIZA**,

Plaintiff,

vs.

**BSREP III PBG RESORT, LLC, d/b/a PGA NATIONAL RESORT AND SPA, a foreign limited liability company**,

Defendant.
_______________________________/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, by and through his undersigned Counsel, hereby gives notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a notice of voluntary dismissal with prejudice.

Dated: March 7, 2024.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By ____*s/ Roderick V. Hannah*______
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com

By ____*s/ Pelayo M. Duran*______
PELAYO M. DURAN
Fla. Bar No. 0146595

**JACKSON LEWIS, P.C.**
One Biscayne Tower
Two South Biscayne Boulevard, Suite 3500
Miami, FL 33131
T. (305) 577-7628
Ryan.weiss@jacksonlewis.com

By ____*s/ Ryan B. Weiss*___________
RYAN B. WEISS, ESQ.
Fla. Bar No. 143278

*Attorneys for Defendant*
*BSREP III PBG RESORT, LLC, d/b/a*
*PGA NATIONAL RESORT AND SPA*

/s/ *Roderick V. Hannah*________________
Roderick V. Hannah